## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
## Eastern Division

William Rosado, et al.
                              Plaintiff,

v.                                                                          Case No.: 1:21−cv−05022
                                                                         Honorable Sara L. Ellis

Fleet Courier, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 31, 2022:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants the parties' motion for approval of the settlement agreement [26]. The parties should submit a copy of their proposed order to the Court's proposed order email. Case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.